FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH EARL BERRY,<br><br>               Plaintiff,<br>v.<br><br>J. DENVER, ET AL.,<br><br>               Defendants. | No. CV 05-7437 SJO (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the State Motion to Dismiss and County Motion to Dismiss be granted as follows:

(1) The State, Lockyer, Schwarzenegger, Woodford, and Cooley are dismissed from this action;

(2) Plaintiff's claims for malicious prosecution and false arrest are dismissed without leave to amend;

(3) Plaintiff's claim for false arrest under Section 1983 and violation of Sections 1981, 1986 and 2000a-1 is dismissed with leave to amend as follows:

  (a) Plaintiff is granted leave to amend his Complaint to allege claims against Baca and the County for false arrest under Section 1983;

  (b) Plaintiff is granted leave to amend his Complaint to allege claims against Baca and the County for violations of Sections 1981, 1986, and 2000a-1; and

  (c) Plaintiff is granted leave to amend his Complaint to allege Baca's supervisory liability and the County's liability under *Monell* for the above-cited claims;

(4) The County Defendants' motion for summary judgment is denied without prejudice.

DATED: 1\19\08

S. JAMES OTERO
United States District Judge