UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH EARL BERRY, | ) | NO. CV-05-7437 SJO (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| STATE OF CALIFORNIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: July 8, 2010

*S. James Otero*

S. JAMES OTERO
United States District Judge